# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEOFFREY PAUL ARCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF WILDLIFE, ) <br> State of Oklahoma *ex. rel*; ZACHARY ) <br> PAULK, individually and in his official ) <br> capacity; DEPARTMENT OF PUBLIC ) <br> SAFETY, State of Oklahoma *ex. rel*; and ) <br> DENNIS DICKENS, individually and ) <br> in his official capacity, ) <br> ) <br> Defendants. ) | Case No. CIV-23-00722-JD |

## JUDGMENT

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's Order issued this date, the Court dismisses this action without prejudice.

ENTERED this 11th day of December 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE